UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE FRANCISCO DELGADO CORO,

                          Plaintiff,

    -v-

JUDITH ALMODOVAR ET AL.,

                          Defendants.

25 Civ. 6476

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 21, 2025, petitioner Jose Francisco Delgado Coro filed a petition for writ of habeas corpus, seeking, *inter alia*, his immediate release from the custody of Immigration and Customs Enforcement (ICE). Dkt. 1. On August 14, 2025, the Government filed its opposition to Mr. Delgado Coro's petition. Dkt. 14. Pursuant to this Court's August 7, 2025 Order to Show Cause, Dkt. 12, Mr. Delgado Coro's response to the Government was due August 21, 2025, but none was filed. That same day, the Second Circuit issued a summary order denying Mr. Delgado Coro's appeal of a Board of Immigration Appeals order that affirmed the decision of an Immigration Judge denying asylum, withholding of removal, and relief under the Convention Against Torture. *Delgado Coro v. Bondi*, No. 24-1636, 2025 WL 2416198 (2d Cir. Aug. 21,

2025). On September 5, 2025, the Government advised the Court that, on September 2, 2025, ICE executed Mr. Delgado Coro's final removal order and removed him to Ecuador. Dkt. 16.

In light of Mr. Delgado Coro's removal, the Government argues that this action is moot. *Id.* The Court hereby gives Mr. Delgado Coro an opportunity to respond. If Mr. Delgado Coro does not respond by September 26, 2025, this action will be dismissed.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 5, 2025
       New York, New York