UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FRANCISCO DELGADO CORO,

                            Petitioner,

              -v-

JUDITH ALMODOVAR ET AL.,

                            Respondents.

25 Civ. 6476

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 21, 2025, petitioner Jose Francisco Delgado Coro filed a petition for writ of habeas corpus, seeking, *inter alia*, his immediate release from the custody of Immigration and Customs Enforcement (ICE). Dkt. 1. On September 5, 2025, the Government advised the Court that, on September 2, 2025, ICE executed Mr. Delgado Coro's final removal order and removed him to Ecuador. Dkt. 16. The Government argued that this action is therefore moot. *Id.* On September 5, 2025, the Court gave Mr. Delgado Coro an opportunity to respond and stated that this action would be dismissed if he did not do so by September 26, 2025. Dkt. 17. No response has been received.

Accordingly, the Court dismisses this action without prejudice. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: September 30, 2025
       New York, New York